**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

11/15/2016

IN RE:

MARTIN T. VARSAFSKY
JAMIE L. VARSAFSKY
317 HENRY STREET
JEANNETTE, PA 15644
XXX-XX-4314          Debtor(s)

XXX-XX-5683

Case No.13-24745 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the Claims of creditor named below and in the amounts and manner set forth below, subject to provisions of the plan and other Court orders and Rule 3010(b), Rules of Bankruptcy Procedure.

The Trustee has authority to pay claims based on the terms of the chapter 13 plan and of the order confirming the plan, summarized as follows:

1. Claims expressly provided for in the confirmed plan are paid in accordance with the plan or the order confirming the plan.

2. Creditors not specifically identified in Parts 1 - 15 of the plan, dealing with secured, priority and specially classified unsecured claims, are included in the class of general unsecured claims, and shall be paid in that manner. [So provided in the plan]

3. Should a pre-petition Creditor file a claim asserting secured or priority status that is not provided for in the plan, then after notice to the Trustee, counsel of record, (or the Debtor (s) in the event that they are not represented by counsel), the Trustee shall treat the claim as allowed unless the Debtor(s) successfully objects. The responsibility for reviewing the claims and objecting where appropriate is placed on the Debtor. [So provided in the plan]

4. Late-filed claims will not be paid unless all timely filed claims have been paid in full. Thereafter, all late-filed claims will be paid pro-rata unless an objection has been filed within 30 days of filing the claim. [So provided in the plan]

5. Debtor(s)'s counsel (or Debtor(s) if not represented by counsel) must review all proofs of claim within thirty (30) days after the claims bar date. All objections to pre−petition claims shall be filed within ninety (90) days after the claims bar date, thereafter allowing at least thirty (30) days for a response. [So provided in the order confirming the plan]

6. After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to 11 U.S.C.§1322(b)(2), this shall not be construed to change the payment terms established in the Plan. [So provided in the order confirming the plan]

The following claim information is derived from the debtor(s)' schedules, chapter 13 plan and /or proofs of claim.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this notice.  This notice should not be construed as altering the deadlines for filing objections to claims as set forth in the Federal Rules of Bankruptcy Procedure, the confirmed chapter 13 plan, or the order confirming the chapter 13 plan.

Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee (e.g. secured or priority claims which were provided for in a confirmed plan).  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

Pursuant to 11 U.S.C. 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/15/2016

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

---

**BANK OF AMERICA(*)**
7105 CORPORATE DR

PLANO, TX  75024

- Trustee Claim Number: 1
- Court Claim Number: NC
- CLAIM: 0.00
- COMMENT: 9256235*PMT/DECL*DKT4PMT-LMT*2ND/SCH*NO ADR/SCH D
- INT %: 0.00%
- CRED %: 100.00%
- CRED DESC: MORTGAGE REGULAR PAYMEN
- ACCOUNT NO.: 6235
- MO. PMT.: $85.94

---

**JEANNETTE DISTRICT MEMORIAL HOSPITAL FCU**
520 JEFFERSON AVE
6TH FL STE 601

JEANNETTE, PA  15644

- Trustee Claim Number: 2
- Court Claim Number:
- CLAIM: 5,670.00
- COMMENT: $@7.5%@K/PL
- INT %: 7.50%
- CRED %: 100.00%
- CRED DESC: VEHICLE
- ACCOUNT NO.: 1272
- MO. PMT.: $353.38

---

**JEANNETTE DISTRICT MEMORIAL HOSPITAL FCU**
520 JEFFERSON AVE
6TH FL STE 601

JEANNETTE, PA  15644

- Trustee Claim Number: 3
- Court Claim Number:
- CLAIM: 7,833.40
- COMMENT: $@9%@K/PL
- INT %: 9.00%
- CRED %: 100.00%
- CRED DESC: VEHICLE
- ACCOUNT NO.: 1575
- MO. PMT.: $454.08

---

**M & T BANK****
ATTN: PAYMENT PROCESSING
POB 1288

BUFFALO, NY  14240-1288

- Trustee Claim Number: 4
- Court Claim Number: 5
- CLAIM: 0.00
- COMMENT: PMT/DECL*1ST*DKT4PMT-LMT*BGN 12/13
- INT %: 0.00%
- CRED %: 100.00%
- CRED DESC: MORTGAGE REGULAR PAYMEN
- ACCOUNT NO.: 3019
- MO. PMT.: $578.30

---

**AES/PHEAA****
POB 8147**

HARRISBURG, PA  17105

- Trustee Claim Number: 5
- Court Claim Number:
- CLAIM: 0.00
- COMMENT:
- INT %: 0.00%
- CRED %: 100.00%
- CRED DESC: UNSECURED CREDITOR
- ACCOUNT NO.: 200525683001
- MO. PMT.: $0.00

---

**ECMC(*)**
LOCKBOX #8682
PO BOX 16478

ST PAUL, MN  55116-0478

- Trustee Claim Number: 6
- Court Claim Number: 3
- CLAIM: 2,063.11
- COMMENT: 200525683002~AES-PHEAA/SCH*FR PHEAA-DOC 106*DK
- INT %: 0.00%
- CRED %: 100.00%
- CRED DESC: UNSECURED CREDITOR
- ACCOUNT NO.: 5683
- MO. PMT.: $0.00

---

**AFNI**
P.O. BOX 3097

BLOOMINGTON, IL  61702

- Trustee Claim Number: 7
- Court Claim Number:
- CLAIM: 0.00
- COMMENT: VERIZON/SCH
- INT %: 0.00%
- CRED %: 100.00%
- CRED DESC: UNSECURED CREDITOR
- ACCOUNT NO.: 2038767960
- MO. PMT.: $0.00

---

**BENEFICIAL MORTGAGE CORP* (RE)**
ATTN REAL ESTATE PMT PROCESSNG
636 GRAND REGENCY BLVD

BRANDON, FL  33510

- Trustee Claim Number: 8
- Court Claim Number:
- CLAIM: 0.00
- COMMENT:
- INT %: 0.00%
- CRED %: 100.00%
- CRED DESC: UNSECURED CREDITOR
- ACCOUNT NO.: 71180500596239
- MO. PMT.: $0.00

---

**PORTFOLIO RECOVERY ASSOCIATES, LLC**
PO BOX 12914

NORFOLK, VA  23541

- Trustee Claim Number: 9
- Court Claim Number: 8
- CLAIM: 1,546.21
- COMMENT: CAPITAL ONE (HOUSEHOLD)
- INT %: 0.00%
- CRED %: 100.00%
- CRED DESC: UNSECURED CREDITOR
- ACCOUNT NO.: 5926
- MO. PMT.: $0.00

---

**CAPITAL ONE(*)**
6125 LAKEVIEW RD STE 800

CHARLOTTE, NC  28269

- Trustee Claim Number: 10
- Court Claim Number:
- CLAIM: 0.00
- COMMENT:
- INT %: 0.00%
- CRED %: 100.00%
- CRED DESC: UNSECURED CREDITOR
- ACCOUNT NO.: 5458001674037472
- MO. PMT.: $0.00

| Creditor | Trustee Claim / Court Claim | INT % / CRED % | CRED DESC / Account | Claim / Mo. Pmt. | Comment |
|---|---|---|---|---|---|
| **ALTAIR OH XIII LLC**<br>C/O WEINSTEIN PINSON & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | Trustee Claim Number: 11<br>Court Claim Number: 4 | INT %: 0.00%<br>CRED %: 100.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9662 | CLAIM: 1,288.60<br>MO. PMT.: $0.00 | COMMENT: 486236254091/SCH*CAPITAL ONE |
| **CITIZENS BANK**<br>1 CITIZENS DRIVE<br>RIVERSIDE, RI 02915 | Trustee Claim Number: 12<br>Court Claim Number: | INT %: 0.00%<br>CRED %: 100.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 003 | CLAIM: 0.00<br>MO. PMT.: $0.00 | COMMENT: |
| **CITIZENS BANK**<br>1 CITIZENS DRIVE<br>RIVERSIDE, RI 02915 | Trustee Claim Number: 13<br>Court Claim Number: | INT %: 0.00%<br>CRED %: 100.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7291369156PA00001 | CLAIM: 0.00<br>MO. PMT.: $0.00 | COMMENT: |
| **CITIZENS BANK**<br>1 CITIZENS DRIVE<br>RIVERSIDE, RI 02915 | Trustee Claim Number: 14<br>Court Claim Number: | INT %: 0.00%<br>CRED %: 100.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 004 | CLAIM: 0.00<br>MO. PMT.: $0.00 | COMMENT: |
| **CITIZENS BANK**<br>1 CITIZENS DRIVE<br>RIVERSIDE, RI 02915 | Trustee Claim Number: 15<br>Court Claim Number: | INT %: 0.00%<br>CRED %: 100.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 005 | CLAIM: 0.00<br>MO. PMT.: $0.00 | COMMENT: |
| **CITIZENS BANK**<br>1 CITIZENS DRIVE<br>RIVERSIDE, RI 02915 | Trustee Claim Number: 16<br>Court Claim Number: | INT %: 0.00%<br>CRED %: 100.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 006 | CLAIM: 0.00<br>MO. PMT.: $0.00 | COMMENT: |
| **CITIZENS BANK**<br>1 CITIZENS DRIVE<br>RIVERSIDE, RI 02915 | Trustee Claim Number: 17<br>Court Claim Number: | INT %: 0.00%<br>CRED %: 100.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 002 | CLAIM: 0.00<br>MO. PMT.: $0.00 | COMMENT: |
| **GEMB/JCPENNEY++**<br>ATTENTION: BANKRUPTCY<br>PO BOX 103104<br>ROSWELL, GA 30076 | Trustee Claim Number: 18<br>Court Claim Number: | INT %: 0.00%<br>CRED %: 100.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 600889061626 | CLAIM: 0.00<br>MO. PMT.: $0.00 | COMMENT: NT ADR/SCH |
| **HSBC BANK++**<br>POB 5253<br>CAROL STREAM, IL 60197 | Trustee Claim Number: 19<br>Court Claim Number: | INT %: 0.00%<br>CRED %: 100.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2116041001378828 | CLAIM: 0.00<br>MO. PMT.: $0.00 | COMMENT: NT ADR~ELDER/SCH |
| **JEANNETTE DISTRICT MEMORIAL HOSPITAL FCU**<br>520 JEFFERSON AVE<br>6TH FL STE 601<br>JEANNETTE, PA 15644 | Trustee Claim Number: 20<br>Court Claim Number: | INT %: 0.00%<br>CRED %: 100.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1575 | CLAIM: 0.00<br>MO. PMT.: $0.00 | COMMENT: |

| Creditor | Trustee Claim / Court Claim | INT % / CRED % | CRED DESC / Account No. |
|---|---|---|---|
| **AMERICAN INFOSOURCE LP O/B/O MIDLAND FUN**<br>PO BOX 268941<br><br>OKLAHOMA CITY, OK 73126-8941 | Trustee Claim Number: 21<br>Court Claim Number: 2<br>CLAIM: 1,340.70<br>COMMENT: HSBC BANK NV | INT %: 0.00%<br>CRED %: 100.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4659<br>MO. PMT.: $0.00 |
| **NATIONAL CREDIT ADJUSTMENT**<br>327 W 4TH AVE<br><br>HUTCHINSON, KS 67501 | Trustee Claim Number: 22<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: HSBC/SCH | INT %: 0.00%<br>CRED %: 100.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5458001674037472<br>MO. PMT.: $0.00 |
| **PNC BANK NA**<br>POB 94982<br><br>CLEVELAND, OH 44101 | Trustee Claim Number: 23<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | INT %: 0.00%<br>CRED %: 100.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4311963101754955<br>MO. PMT.: $0.00 |
| **PRA AG FUNDING LLC**<br>C/O PORTFOLIO RECOVERY ASSOC<br>120 CORPORATE BLVD STE 100<br>NORFOLK, VA 23502 | Trustee Claim Number: 24<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | INT %: 0.00%<br>CRED %: 100.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 43611107202003<br>MO. PMT.: $0.00 |
| **PRA AG FUNDING LLC**<br>C/O PORTFOLIO RECOVERY ASSOC<br>120 CORPORATE BLVD STE 100<br>NORFOLK, VA 23502 | Trustee Claim Number: 25<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | INT %: 0.00%<br>CRED %: 100.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5407915008665926<br>MO. PMT.: $0.00 |
| **SEARS/CITI CARD USA*++**<br>BANKRUPTCY DEPT*<br>POB 182149*<br>COLUMBUS, OH 43218 | Trustee Claim Number: 26<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | INT %: 0.00%<br>CRED %: 100.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 17070579<br>MO. PMT.: $0.00 |
| **RJM ACQUISITIONS LLC*++**<br>575 UNDERHILL BLVD STE 224<br><br>SYOSSET, NY 11791 | Trustee Claim Number: 27<br>Court Claim Number: 1<br>CLAIM: 151.69<br>COMMENT: NT/SCH*MYSTERY BOOK CLUB | INT %: 0.00%<br>CRED %: 100.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2771<br>MO. PMT.: $0.00 |
| **BANK OF AMERICA(*)**<br>7105 CORPORATE DR<br><br>PLANO, TX 75024 | Trustee Claim Number: 28<br>Court Claim Number: NC<br>CLAIM: 2,158.00<br>COMMENT: 9256235*$PL*2ND/SCH*NO ADR/SCH D | INT %: 0.00%<br>CRED %: 100.00% | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 6235<br>MO. PMT.: $0.00 |
| **M & T BANK****<br>ATTN: PAYMENT PROCESSING<br>POB 1288<br>BUFFALO, NY 14240-1288 | Trustee Claim Number: 29<br>Court Claim Number: 5<br>CLAIM: 12,697.01<br>COMMENT: CL 5 GOV/CNF*1ST*7199/PL*THRU 11/13 | INT %: 0.00%<br>CRED %: 100.00% | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 3019<br>MO. PMT.: $0.00 |
| **US DEPARTMENT OF EDUCATION**<br>FEDLOAN SERVICING<br>POB 530210<br>ATLANTA, GA 30353-0210 | Trustee Claim Number: 30<br>Court Claim Number: 6<br>CLAIM: 34,824.92<br>COMMENT: NT/SCH | INT %: 0.00%<br>CRED %: 100.00% | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5683<br>MO. PMT.: $0.00 |

| | | |
|---|---|---|
| **PYOD LLC - ASSIGNEE** | Trustee Claim Number:31    INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:7    CRED %: 100.00% | ACCOUNT NO.: 3365 |
| PO BOX 19008 | | |
| | CLAIM: 2,662.78 | MO. PMT.: $0.00 |
| GREENVILLE, SC  29602 | COMMENT: NT/SCH*BANK ONE CORP | |
| | | |
| **MARIO HANYON ESQ** | Trustee Claim Number:32    INT %: 0.00% | CRED DESC: NOTICE ONLY |
| PHELAN ET AL | Court Claim Number:    CRED %: 0.00% | ACCOUNT NO.: |
| 1617 JFK BLVD STE 1400 | | |
| 1 PENN CENTER PLAZA | CLAIM: 0.00 | MO. PMT.: $0.00 |
| PHILADELPHIA, PA  19103 | COMMENT: BANK OF NY MELLON~JPMORGAN/PRAE | |