**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| MARTIN T. VARSAFSKY | Case No. 13-24745GLT |
| JAMIE L. VARSAFSKY | |
| Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, | |
| Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| RJM ACQUISITIONS LLC*++ | |
| Respondents | |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The mailing address is defunct and mail is being returned by the Postal Service

RJM ACQUISITIONS LLC*++      Court claim# 1/Trustee CID# 27
575 UNDERHILL BLVD STE 224
SYOSSET, NY 11791

The Movant further certifies that on 11/15/2016 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
MARTIN T. VARSAFSKY, JAMIE L. VARSAFSKY, 317 HENRY STREET, JEANNETTE, PA  15644

DEBTOR'S COUNSEL:
MAUREEN KROLL, 8981 NORWIN AVE, STE 203, NORTH HUNTINGDON, PA  15642

ORIGINAL CREDITOR:
RJM ACQUISITIONS LLC*++, 575 UNDERHILL BLVD STE 224, SYOSSET, NY  11791

NEW CREDITOR: