**Form 237**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Martin T. Varsafsky** | : | Case No. 13−24745−GLT |
| **Jamie L. Varsafsky** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| M&T Bank | : | |
| *Movant,* | : | Related to Claim No. 5 |
| | : | |
| v. | : | |
| Martin T. Varsafsky and | : | |
| Jamie L. Varsafsky | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

### ORDER

      **AND NOW**, this **12th day of December, 2016,** upon consideration of the ***NOTICE OF MORTGAGE PAYMENT CHANGE*** filed by ***M&T Bank*** at Claim No. 5 in the above−captioned bankruptcy case,

      It is hereby ***ORDERED*** that ***on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change*** was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

    (1)   an ***AMENDED CHAPTER 13 PLAN;***

    (2)   a ***DECLARATION*** that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

    (3)   an ***OBJECTION*** to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

      ***The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.*** **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 13-24745-GLT
Martin T. Varsafsky                                                       Chapter 13
Jamie L. Varsafsky
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr          Page 1 of 1          Date Rcvd: Dec 12, 2016
                             Form ID: 237          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2016.
db/jdb          +Martin T. Varsafsky,    Jamie L. Varsafsky,    317 Henry Street,    Jeannette, PA 15644-2531
                +James C. Warmbrodt, Esquire,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2016                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2016 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    M&T Bank agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
          Mario J. Hanyon    on behalf of Creditor    The Bank of New York Mellon et. al. pawb@fedphe.com
          Maureen Kroll    on behalf of Joint Debtor Jamie L. Varsafsky maureen@mkroll.comcastbiz.net,
           lisa@mkroll.comcastbiz.net
          Maureen Kroll    on behalf of Debtor Martin T. Varsafsky maureen@mkroll.comcastbiz.net,
           lisa@mkroll.comcastbiz.net
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                        TOTAL: 7