Form 237

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Martin T. Varsafsky** : | Case No. 13−24745−GLT |
| **Jamie L. Varsafsky** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| The Bank of New York Mellon f/k/a The Bank of : | |
| New York as Successor Indenture Trustee To : | Related to Claim No. 0 |
| JPMorgan Chase Bank, N.A., as Indenture : | |
| Trustee for the CWABS Revolving Home Equity : | |
| Loan Trust, Series 2004−E : | |
| *Movant,* : | |
| : | |
| v. : | |
| Martin T. Varsafsky and : | |
| Jamie L. Varsafsky : | |
| Ronda J. Winnecour, Esq., Trustee : | |
| *Respondent.* : | |

## ORDER

**AND NOW**, this **4th day of April, 2017,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *The Bank of New York Mellon f/k/a The Bank of New York as Successor Indenture Trustee To JPMorgan Chase Bank, N.A., as Indenture Trustee for the CWABS Revolving Home Equity Loan Trust, Series 2004−E* at Claim No. 0 in the above−captioned bankruptcy case,

It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1) an *AMENDED CHAPTER 13 PLAN;*

(2) a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3) an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

*The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Martin T. Varsafsky
Jamie L. Varsafsky
    Debtors

Case No. 13-24745-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Apr 04, 2017
                      Form ID: 237     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2017.
db/jdb       +Martin T. Varsafsky,    Jamie L. Varsafsky,    317 Henry Street,    Jeannette, PA 15644-2531
          +Bank of America, N.A.,    16001 N. Dallas Pkwy,    Addison, TX 75001-3311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2017                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2017 at the address(es) listed below:
       Andrew F Gornall    on behalf of Creditor    M&T Bank agornall@goldbecklaw.com,
        bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
       James Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
       Mario J. Hanyon    on behalf of Creditor    The Bank of New York Mellon et. al. pawb@fedphe.com
       Maureen Kroll    on behalf of Joint Debtor Jamie L. Varsafsky maureen@mkroll.comcastbiz.net,
        lisa@mkroll.comcastbiz.net
       Maureen Kroll    on behalf of Debtor Martin T. Varsafsky maureen@mkroll.comcastbiz.net,
        lisa@mkroll.comcastbiz.net
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                     TOTAL: 7