**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　MARTIN T. VARSAFSKY<br>　JAMIE L. VARSAFSKY<br>　　　　Debtor(s)<br>　Ronda J. Winnecour, Trustee<br>　　Movant<br>　　vs.<br>　MARTIN T. VARSAFSKY<br>　JAMIE L. VARSAFSKY<br><br>　　　Respondents | Case No. 13-24745GLT    FILED<br>　　　　　　　　　　　　　　　　　　　11/6/18 9:21 am<br>　　　　　　　　　　　　　　　　　　　CLERK<br>　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY<br>Chapter 13　　　　　　　　　　　　　COURT - WDPA<br><br><br>Document No. __245__ |

**ORDER TO STOP PAYROLL DEDUCTIONS**

　AND NOW, this __6th__ day of __November__, 20__18__, it is hereby ORDERED, ADJUDGED, and DECREED that,

　　　　Westmoreland Hospital
　　　　Attn: Payroll Manager
　　　134 Industrial Prk Dr Ste 1700
　　　　Greensburg, PA 15601

is hereby ordered to immediately terminate the attachment of the wages of JAMIE L. VARSAFSKY, social security number XXX-XX-5683. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JAMIE L. VARSAFSKY.

BY THE COURT:

_____ jah
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Martin T. Varsafsky  
Jamie L. Varsafsky  
     Debtors

Case No. 13-24745-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Nov 06, 2018  
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2018.  
db/jdb        +Martin T. Varsafsky,    Jamie L. Varsafsky,    317 Henry Street,    Jeannette, PA 15644-2531

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2018                                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2018 at the address(es) listed below:

         Andrew F Gornall    on behalf of Creditor    M&T Bank andygornall@latouflawfirm.com  
         James Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com  
         Mario J. Hanyon    on behalf of Creditor    The Bank of New York Mellon et. al. pawb@fedphe.com  
         Maureen Kroll    on behalf of Joint Debtor Jamie L. Varsafsky maureen@mkroll.comcastbiz.net, lisa@mkroll.comcastbiz.net  
         Maureen Kroll    on behalf of Debtor Martin T. Varsafsky maureen@mkroll.comcastbiz.net, lisa@mkroll.comcastbiz.net  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                              TOTAL: 7