SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:    1. Intake Clerk *

       2. Case Administrator     UC

FROM:  Financial Administrator

DATE:  12/11/2018

CASE NAME: Martin T. & Jamie L. Varsafsky

CASE NUMBER: 13-24745-GLT

Check Number 1098995 in the amount of $ 151.69 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 14961        Intake Clerk's Initials JF

* AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

U.S. STEEL TOWER - SUITE 3250
600 GRANT STREET
PITTSBURGH, PA 15219
TELEPHONE: (412) 471-5566
FAX: (412) 471-5470
Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR
STANDING TRUSTEE**

12/06/2018

Michael R. Rhodes, Esquire
Clerk, US Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA  15219

OR

Michael R. Rhodes, Esquire
Clerk, US Bankruptcy Court
U.S. Courthouse, Room B160
17 South Park Row
Erie, PA  16501

Re: MARTIN T. VARSAFSKY
JAMIE L. VARSAFSKY
Case No: 13-24745GLT

Dear Mr. Rhodes:

I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above. These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

Rjm Acquisitions Llc*++
575 Underhill Blvd Ste 224
Syosset, NY 11791

CHECK NUMBER 1098995     AMOUNT $151.69

The disbursement(s) was returned to the Trustee for the following reason:

Creditor is on Global Reserve

Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Blough
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC: MAUREEN KROLL
MARTIN T. VARSAFSKY
JAMIE L. VARSAFSKY
Rjm Acquisitions Llc*++